AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| RUBEN RODRIGUEZ-NARANJO | CASE NUMBER: 08CR1104-WQH / 08 mj 0831 |

   I, RUBEN RODRIGUEZ-NARANJO, the above named defendant, who is accused of committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/10/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ruben Rodriguez N._
Defendant

_[signature]_
Counsel for Defendant

Before ____[signature]____
         JUDICIAL OFFICER

FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY